Electronically Filed
Supreme Court
SCWC-20-0000586
04-APR-2025
03:53 PM
Dkt. 29 OGAC

SCWC-20-0000586

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

HALEIWA TOWN CENTER,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP aka
KAMEHAMEHA SCHOOLS, MICAH ALIKA KANE, in his capacity as
Trustee, LANCE KEAWE WILHELM, in his capacity as Trustee,
ROBERT K.W.H. NOBRIGA, in his capacity as Trustee,
CRYSTAL K. ROSE, in her capacity as Trustee,
and ELLIOTT KAWAIHOʻOLANA MILLS, in his capacity as Trustee,
Respondents/Defendants-Appellees/Cross-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000586; CASE NO. 1CCV-20-0000112)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Wong in place of Devens, J., recused)

Petitioner Haleiwa Town Center's Application for Writ

of Certiorari, filed on February 19, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, April 4, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Paul B.K. Wong